# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | )   Case No.   17-CR-00072-JED ) |
| CHRISTOPHER DEAN NICHOLS, | ) ) |
| Defendant. | ) |

## ORDER GRANTING WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Before the Court is the Petition for Writ of Habeas Corpus Ad Prosequendum (Dkt. #8) filed herein by Allen J. Litchfield, Assistant United States Attorney, whereby it appears that CHRISTOPHER DEAN NICHOLS, is defendant in a certain cause in this Court, which is assigned for initial appearance, and his presence is required forthwith to dispose of said cause. It further appearing that CHRISTOPHER DEAN NICHOLS, is a prisoner and confined in the Creek County Jail, Sapulpa, Oklahoma, and is under the control and in the charge and custody of the Warden of said institution, and it appearing that a Writ of Habeas Corpus Ad Prosequendum ought to issue.

**IT IS THEREFORE ORDERED** that the petition (Dkt. #8) is **granted**. A Writ of Habeas Corpus Ad Prosequendum shall issue out of and under the seal of this Court, directed to the Warden of the Creek County Jail, Sapulpa, Oklahoma, commanding him to deliver the body of CHRISTOPHER DEAN NICHOLS, to the United States Marshal for the Northern District of Oklahoma, upon said Marshal's delivery to said Warden of said writ, and that the United States Marshal shall produce the body of CHRISTOPHER DEAN NICHOLS, to the United States District Court forthwith in a certain cause wherein the United States of America is plaintiff and CHRISTOPHER DEAN NICHOLS, is defendant, and that upon the termination of said cause, the United States Marshal shall return the body of said CHRISTOPHER DEAN NICHOLS, to the aforesaid Warden.

Dated this 19th day of July, 2017.

JOHN E. DOWDELL
UNITED STATES DISTRICT JUDGE